IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:16-CV-8-BO

| | | |
|---|---|---|
| TYRONN FEREBEE, on Behalf of Himself and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| EXCEL STAFFING SERVICE, INC., et al., | ) ) | |
| Defendants. | ) | |

Before the court is the joint motion (D.E. 88) by the parties to stay the deadline for a conference pursuant to Fed. R. Civ. P. 26(f) pending the conclusion of the opt-in period for potential plaintiffs. Plaintiff's motion (D.E. 77) for conditional certification of collective action under 29 U.S.C. § 216(b) was granted on 19 April 2017 (D.E. 87). The parties contend that waiting until the opt-in period closes will give the parties a better understanding of the scope of discovery required and "will allow the parties to obtain additional information needed relating to the opt-in class in order to 'reassess the parties' claims and defenses and the possibilities for resolution of the case.'" Jt. Mot. 2. The parties specifically request that the deadline for conducting the Rule 26(f) conference be stayed until 30 days after the opt-in period closes.

The court finds that the parties have shown good cause for the stay requested. The motion to stay is therefore ALLOWED, and the convening of a Fed. R. Civ. P. 26(f) conference is STAYED until 30 days after the opt-in period closes. The parties shall file a joint Rule 26(f) report within 14 days of the Rule 26(f) conference.

SO ORDERED, this 8th day of May 2017.

_____
James E. Gates
United States Magistrate Judge